**Order filed February 16, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-09-00866-CV**
**NO. 14-10-00324-CV**

_____

**CHRIS THYGESEN AND BRUCE W. DERRICK, DERIVATELY ON BEHALF OF CLEARMEDIAONE, INC., AND ITS SHAREHOLDERS, Appellants**

**V.**

**ROBERT F. STRANGE, JR. ROBERT J. VIGUET, JR. AND THOMPSON & KNIGHT, LLP, Appellees**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-35835**

## O R D E R

On October 9, 2011, appellants filed a notice of appeal from the trial court's order signed September 24, 2009. That appeal was assigned to this court under our appellate case number 14-09-00866-CV. On April 8, 2010, after a bankruptcy stay was lifted, appellants filed a second notice of appeal complaining of the same order. The second appeal has been assigned our case number 14-10-00324-CV.

Today, the court, on appellants' motion, orders the appeal and original proceeding **CONSOLIDATED.**

Appellee Robert F. Strange, Jr. petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-37417. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on April 29, 2010, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court learned that the bankruptcy case was closed on December 14, 2011. On February 13, 2012, appellants filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a).

The motion is granted. Accordingly, the cases are ordered **REINSTATED** and placed on the court's active docket.

Appellants' brief is due to be filed with the clerk of this court on or before **March 15, 2012.**

PER CURIAM